# EXHIBIT 1

**True and Correct Copy of All Process, Pleadings, and any Orders Served Upon Defendant in the State Court Action**

# EXHIBIT 1

Electronically Filed
3/15/2021 4:50 PM
Steven D. Grierson
CLERK OF THE COURT

1  Sheida Hukman (Pro Se)
   P.O Box 96321
2  Las Vegas, Nevada 8919
   Tel-213-456-1746
3  Email-shuckman987@gmail.com

CASE NO: A-21-831118-C
Department 27

4            UNITED STATE DISCTRICT COURT OF NEVADA
                CLARK COUNTY, LAS VEGAS, NEVADA
5

6                                      | Case No.:

7  Sheida Hukman,

8           Plaintiff,                  | REQUEST FOR JURY TRIAL

9  vs

10 Terrible Herbst Inc.,

11          Defendant,

12

13

14              **Employment Discrimination Complaint**

15        Plaintiff respectfully submits this Employment Discrimination

16 Complaint and state to this honorable Court as follows:

17

18

19

20 Sheida Hukman

21 /s/    Sheida Hukman

22

23

24

25

26

27

28

REQUEST FOR JURY TRIAL - 1

## I.    Preliminary Statement

Plaintiff Sheida Hukman is a Middle Eastern of Kurdish decent From Iraq. She has over 15 years of customer service and supervisory Experience in the customer Service industry, not only poses a degree In computer science & information system from the University of New York, she is also a multi Lingual possessing Language Knowledge In English, Spanish, Farsi, Arabic and Kurdish. She had an excellent Attendance record, since she was hired, an excellent skills, fast Learner, provide an excellent customer service and was a good Asset For Terrible Herbst Inc.,

Bringing this Action against Terrible Herbst Inc. for Discrimination, Harassment, Retaliation, Denied Promotion four times, Denied Benefits and denied taking Lunch and two paid breaks every time She worked at Terrible Herbst during her shift Grave yard and deny Paying her Lunch when Lunch was Paid by Terrible Herbst and Ultimately Human Resources forced to quit her job (terminate her Job) in Violation of the civil Rights Act of1964.

**Plaintiff Sheida Hukman alleges the following causes of Actions:**

1. Intentional Discrimination, violation under Title VII of the Civil Rights Of 1964 based on National Origin.

2. Retaliation In violation of Title VII of the Civil Rights Act of 1964 "42 U.S.C 200e ET Seq (Title VII).

3. Denied Hiring as a Supervisor in violation of Title VII of the Civil Rights Act of 1964.

4. Denied Hiring as a Store Manager in violation of Title VII of The civil Rights Act of 1964.

5.  Harassment in violation of Title VII of the Civil Rights Act Of 1964.

REQUEST FOR JURY TRIAL - 2

6. Denied Paying Benefits such as 401 K Plan since she started Working for Terrible Herbst in October 2017 and Spanish Language Premium Pay.

7. Denied her Lunch time (half an hour) and two breaks( 20 Min ) During her Shift every day and denied paying her the lost Time.

8. Human Resources Director terminated her employment (forced her To quit)

9. Defendant Discrimination , Harassment and retaliation against The Plaintiff and accused her of supporting Terrorist group and Contacted the Unemployment Division, the Referee and the Judge when She appealed the decision of not awarding her the Unemployment Benefit And had influenced the Judge and The referee and they dismiss the case

**II.    History and Factual Facts**

Plaintiff was hired by Terrible Herbst in October 11th, 2017 As a Cashier. She was interviewed by Mr. Whitmore "African American " She was asked Questions answered all the Question accurately and Scored 100 out of 100 in her test Terrible Herbst offered her a Position as a Cashier right on the spot, the Company also Checked her Background and was asked to provide the Company with three cards (1) Sheriff Card (2) Tam Card and (3) health Card and was reported to work After few days.

Plaintiff was told by Terrible Herbst, human resources that, There a lot of Opportunity for growth within the company and Promotion Once the employees has A Little Experience Per Terrible Herbst Employee Handbook Page 20 transfers and Promotional Opportunity

Plaintiff obtain a bachelor degree in computer science and Information system and had a supervisory experience, Plaintiff want to Apply for a supervisor and Management position within Terrible Herbst

REQUEST FOR JURY TRIAL - 3

Plaintiff is a Middle Eastern, Kurdish decent from Iraq, and She was the only Kurdish working for Terrible Herbs Inc. She had a Good attendance record with Terrible Herbs, She reported to work on Time, she hardly called in sick. She performed her duty and Assignment Accurately. She provided an excellent customer Service, she never had Any customer complaint or had any issue with any customers. She resolved the issues immediately if there was a complaint, she Never had any Short Money during her employment as a cashier.

When Plaintiff was hired, Human Resources did not offer her any Benefits such As 401K Plan, did not mention it in the Hiring paperwork To accept of Decline the 401K Plan, other employees had a knowledge About the 401 K Plan and were informed when they were hired out of the Plaintiff Protected class. When Ms. Hukman complained for the first Time In 2019, she was not offered the 401K plan or the Loss of the 401K Plan, all other employees who were hired by Terrible Herbst they Were offered the 401k Plan out of the Plaintiff protected Class (U.S) (African American) and (Hispanic).

Plaintiff spoke other Languages fluently (Spanish) and was not Offer the extra Money for speaking Spanish, other employees were Offered extra money for speaking Spanish, (Mexican) out of the Plaintiff protected class were offered extra money. When Plaintiff Complained, Human Resources denied paying other Employees extra Salary For speaking Spanish.

Terrible Herbst had a lot of Customers (Mexican) who did not speak English and Plaintiff used her Spanish to speak to them, they were Regular customers going to the convenient store on a daily basis?

During the Plaintiff employment with Terrible Herbst Inc. was Subjected to various Form of Discrimination, Harassment and

REQUEST FOR JURY TRIAL - 4

Retaliation, when complained to Terrible Herbst, they did not
Investigate the matter or provide the plaintiff with any Letter and
She was ignored by terrible herbst Human resources who retaliated
Against The Plaintiff and forced her to quit.

Plaintiff was denied promotion as an assistant manager in March
2019 by Store Manager Mr. Nakoma. The company and the store manager
Hired an Assistant Store Manager "Eric Rules Junior, (Mexican) who did
Not have any experience as a supervisor or as a Clerk and had a
Disciplinary action in his file.  Ms. Hukman had more experience and
More Qualification and she was already working for the company, He was
Out of her protected class.

Plaintiff complained to Terrible Herbst Human Resources (Mr.
Whitmore) African American. He took the complaint but, did not respond
To Ms. Hukman Complaint, her complaint was ignored. Ms. Hukman was
Qualified for the position (1)   she was belong to Racial Minority
(2) She was qualified for the job which Terrible Herbst was seeking
(3) Despite her qualification, was rejected (4) after the rejection?
The Position remained open and the employer continued to seek
Applicants outside The Plaintiff's protected Class.
**See McDonnell Douglas v. Green (1973) 411 US 792 at 800.**

**Second Denial Promotion** Plaintiff was denied a second Promotion
In September 2019, by the store Manager Mr. Samuel Nakoma "African
American "and he Hired again another Assistant manager by the name
Ramon "Unknown Last name (Mexican) who did not have any Experience as
A supervisor or as a Cashier. Ms. Hukman complained to Human
Resources, her Complaint was ignored.

**Third denied Promotion, In October 2019, Ramon (unknown last
Name)** promoted to a Store Manager and the Assistant Manager Position
Was available. The Store manager denied Ms. Hukman promotion for the

REQUEST FOR JURY TRIAL - 5

Third time and Terrible Herbst hired a supervisor by the name of Michael Turner (U.S) outside of the Plaintiff Protected activity no Experience or qualification and was not working for the company.

Ms. Hukman complained to Human Resources Mr. Whitmore. He was Suppose To get back to her and address Mr. Nakoma, but he was not Addressed and the Company did not respond to Ms. Hukman complaint in Regard denied promotion based On Discrimination and violation of Title VII of the civil rights act of 1964.

Mr. Nakoma made several unfavorable comments about Ms. Hukman Promotion and she was treated different than other employees because Of her accent and her National Origin,

In November 2019. Ms. Hukman complained about the benefit 401K Plan, The Lunch Time, Breaks and the denied Promotion, and Ms. Hukman Was supposed to meet with Human Resources Director Ms. Petra Armijo And Terrible Herbst Journalist Ms. White to resolve the issues by Emailing's. Natasha La Madrid (human Resources Manager) a letter.

When Ms. Hukman addressed all issue to Human Resources Director Ms. Armijo and asked her to resolve the issue especially the Lunch Time that, she was never advised to take a Lunch and two breaks Approved by Terrible Herbst (Paid) Ms. Armijo and Ms. White refused To resolve the issue And Ms. Hukman was told not to Take any lunch or Break (she cannot close the store during her shift (grave yard) And they refused to pay her for the Lunch Break. All other cashiers Working for Terrible Herbst and during their shifts (morning, swing And grave yard) take half an hour for lunch and two other breaks each Break is 10 minutes every four hours, out of Plaintiff protected Class U.S, Africa American and Mexican.

In November 2019, Ms. Hukman complained about not being Promoted, so she Want to submit a Transfer Ms. Armijo treated Ms.

REQUEST FOR JURY TRIAL - 6

Hukman Different than any other employees and refused that, she takes Lunch or breaks and refused to pay her for the Lunch time and the Meeting did not go well .Ms. Armijo asked Ms. Hukman to leave the Meeting in a Very Disrespectful Manner. Ms. Hukman advised her that, Is her rights and the company is responsible to pay her because it's Paid Lunch and they are paying everybody else.

In regard the Promotion. Ms. La Madrid asked Ms. Hukman to Request a **Transfer** and Ms. Hukman requested a Transfer to another Store to be promoted to a Store Manager.

In September 2019, the Store manager hired an employee by the Name of Carlos (unknown last name), was working swing shift, Mr. Carlos asked Ms. Hukman if she is leaving the company. Ms. Hukman Responded no and asked him why he was asking this question. Mr. Carlos told her that, he was hired for the Grave Yard shift to work Instead of Ms. Hukman. Ms. Hukman was shocked, she asked Mr. Nakoma The store manager? Mr. Nakoma denied ever hiring Mr. Carlos for the Grave yard shift.

In January 23rd, 2020, Ms. La Madrid contacted Ms. Hukman To set up an Appointment for the interview and Ms. Hukman contacted Her to set up an Appointment with a District Manager Ms. Lisa Delgado On January 31, 2020.

All other Managers, who requested a transfer and was already Working for the company was not interviewed by any District Manager They usually assign the Employees who requested a Management position With a Manager to be trained and learn the Paperwork, Mr. Samuel Nakoma" African American "was not interviewed by any District Manager to become a store Manager, Mr. Eric Rules Jr (Mexican) was Offered a position as a store Manager, Mr. Ramon (unknown last name) (Mexican) out of the Plaintiff Protected Class.

REQUEST FOR JURY TRIAL - 7

According to Terrible Herbst Handbook, Human Resources they review
The employee's qualification and consult with the Store manager.

However, If the employee does not Meet the minimum
Qualification for the Position according to Terrible Herbst Employee
Handbook, a Human Resources representative will discuss the employees
Career with the employee and suggest alternative positions such as
A supervisor or possible training and or/development that will assist
The employee qualifying for positions that, interest him.

Ms. Hukman was treated different than other employees, she
Was interviewed, she did very well in the interview.

Terrible Herbst Human Resources informed him that, she was not
Qualified for the position and refused to discuss why she was not
Qualified and requested a copy of her interview questions, human
Resources refused to provide her with any evidence or talk to her

When Ms. Hukman complaint of Denied Promotion due to her
National Origin, they immediately suspended her and retaliated
Against her.

During that time, Assistant Manager Mr. Michael turner was
Harassing and discriminating against Ms. Hukman and in his own
Believe Thought, That Ms. Hukman is a Terrorist because of her
National Origin.

He was giving her a hard time, and assign her duties that, she
Was not responsible for.

In December 2019, Mr. Turner showed up to work around 530 am, He
Was very Mad, rude, nasty, yelling and screaming, using his hand and
Fingers to talk to Ms. Hukman and informed Ms. Hukman "why the
Bathroom is not clean ". It was not her Duty to clean the bathroom.
She had an agreement with the store Manager to perform other duties.
He never checked the bathroom. The bathroom was clean and he spoke to

REQUEST FOR JURY TRIAL - 8

Ms. Human in a very disrespectful Manner, when the store Manager Showed up. He spoke to Mr. Turner and he was advised to talk to her And other employees in a very disrespectful manner because he was Making false accusation immediately and Attack the employees.

Early in January 2020. Mr. Turner called Ms. Hukman to the office And falsely accused her of not making one of the Money Drops and he Was yelling and screaming. Ms. Hukman never in her career as a cashier Was short money. She always had her register accurate count. Ms. Hukman asked him to count the money, He did and Ms. Hukman was not Short. He was trying to intimidate Ms. Hukman. He constantly harassed Her and discriminated against her.

In January 2020. Mr. Turner claimed that, there is a new policy By Mr. OSA (Terrible Herbst Director) to Keep the Grill till 2 am, Ms. Hukman never received an Email from Terrible Herbst or Mr. Nakoma the Store Manager to keep the Grill till 2 am, so the clerk who Worked Swing shift won't clean the Grill.

Ms. Hukman contacted other stores, they confirmed that, there is No such a policy Exist, the grill has to be clean around 9 pm and the Swing shift person is responsible for cleaning.

On February 2020 Mr. Turner was going around and tell all Employees that they are not allowed to take a car wash per Mr. King. (District Manager)  Again the Employees, never received any Message From Terrible Herb stand Mr. Nakoma did not advised any employees of Such a policy?

On February 9th, 2020. Ms. Hukman was seated by the register Area, she smelled something really bad. It did make her very dizzy And couldn't stay in the Area. Ms. Hukman went to another area to feel Better. Mr. Turner yelled at her Very loud. Apparently Mr. Turner was

REQUEST FOR JURY TRIAL - 9

Selling some kind of Chemical Poisoning stuff and He was using it on Ms. Hukman

Mr. Turner was receiving money drops on a daily basis from Ms. Tehrani. Mr. Turner was trying to put Ms. Hukman to sleep to harm her During her shift Grave Yard. Ms. Hukman also found the chemical Poisoning stuff in the Frappe and advised Mr. Nakoma About the Chemical Poising stuff.

In February 28th, 2020 Ms.  Hukman field a complaint against Mr. Turner and after submitting the complaint. Mr. Turner started Retaliating against Ms. Hukman.

In February 28th, 2020. Ms. Hukman field a complaint against Mr. Turner in Writing in detail about Mr. Turner Harassment and Discrimination against her and he started make up his own Policy and Procedure to assign Ms. Hukman Extra work during her shift (grave Yard) and make false statement that, there is A New Policy by Mr. Jason King the District Manager or by Matt OSA and Mr. Nakoma knew About the non -existing policy and he did not correct Mr. Turner.

Human Resources did not address Mr. Turner in regard the Harassment and in regard the Safety Issue, Plaintiff advised human Resources in her letter that, she has a bad reaction and does not feel Well because of the chemical poising that, have a lot of side effect On her.

According to Terrible Herbst Handbook and Policy They Company is Committed to providing Equal Employment Opportunity and they prohibit Harassment, not with Ms. Hukman.

Terrible Herbst did not conduct an investigation or paid any Attention to the Chemical poisoning and did not respond to Ms. Hukman Complaint letter.

February 28th, 2020 Letter. Ms. Hukman mentioned the Denied

REQUEST FOR JURY TRIAL - 10

Promotion a and Terrible Herbst was not transferring Ms. Hukman
Or advising her about the Promotion.

On March 17th, 2020. Mr. Turner would ask the customer to harass
Ms. Hukman and push the employees against her. He was told by the
Store manager Mr. Nakoma To report to work around 630 am when Ms.
Hukman Leaves work.

On March 17th, 2020. Mr. Michael Turner showed up to work
Around 530 am in the morning. He was going toward Ms. Hukman trying
To Intimidate her. She constantly ignored him. She finished her work
And closed the register and removed her backpack from the cabinet,
And Ms. Hukman had the cabinet key because worked grave yard by
Herself and felt safer to lock her backpack because she had her
Computer and wallet in her backpack. The Cabinet key was missing
For a while. Mr. Turner came out of nowhere claiming the cabinet
Key .no one use the cabinet key only Ms. Hukman.

Mr. Turner was yelling and screaming very rude and called Ms.
Hukman a Terrorist. He demanded the key and the key dropped and made
Such a big deal out of it.

He blocked Ms. Hukman entry to go to the bathroom and Ms.
Hukman had to call the police to advise them about the chemical
Poisoning that, he was using and the drop that, he was receiving
On a daily basis. Ms. Hukman Left the store and sat in her car and
Was talking to the Police and told her to wait till they talk to
Ms. Turner. Ms. Hukman left when the police spoke to Mr. Turner.

Mr. Nakoma was advised and He wrote a false statement
About obtaining the store key, not the cabinet key and he also
Stated that, Ms. Hukman had to leave the store. Ms. Hukman left
The store and she was in her car. He is the same person Mr. Nakoma
Who denied Ms. Hukman three Promotion when the promotion was?

REQUEST FOR JURY TRIAL - 11

Available? And she was qualified for the promotion because of her
Accent and Her national origin Iraq he did not like her to be
Promoted. He also had something to do with the store manager promotion
Because Mr. whitmore had mentioned to Ms. Hukman, Mr. Nakoma refuse
To train Ms. Hukman to be a supervisor or a manager, the other
Supervisors who were promoted to a Store Managers Position (Mexican)
He train them (out of the Plaintiff protected class).

However On March 17th, 2020. Ms. Hukman also wrote a Letter about
Denying her the Promotion by Lisa Delgado and how she discriminated
Against her during the interview and claimed that, she does not
Qualify for such a position, others who were promoted to the store
Manager position does not have a college degree, experience and out
Of Ms. Hukman Protected class (Mr. Ramon) (unknown last name)
(Mexican), Mr. Eric Rules Jr. (Mexican) and others who were from
India were promoted.

Ms. Hukman complained about constant harassment, Discrimination
Retaliation and denied promotion in her letter In March 17th, 2020.

Immediately right after emailing the Letter to Human resources
Ms. Petra Armijo (human Resources Director) retaliated against Ms.
Hukman and send her an email suspended her pending investigation,
Without Talking to Ms. Hukman. Called it an issue happened with Mr.
Turner who she complained about him in February 2020 and she did not
Receive an answer from Human Resources.

On March 18th, 2020 (Ms. Hukman had no knowledge) about Mr.
Turner arrest by the Bureau of Federal Investigation in Terrible
Herbst Store for committing Illegal activity.

Ms. Armijo (Mexican) and Ms. La Madrid contacted Ms. Hukman
And took her statement and did not advise her about Mr. Turner arrest

REQUEST FOR JURY TRIAL - 12

Ms. Armijo stated that, she will contact Ms. Hukman when she is ready
To make her decision about the suspension.

Ms. Hukman was contacted on March 23rd, 2020 and offered her
A separation from the company forcing her to quit her job or to
Transfer but, it's not a good idea because, Ms. Hukman is a trouble
And constantly complaining about various issues, is better for you to
Accept the separation.

Ms. Hukman was forced to quit by Ms. La Madrid and Ms. Armijo
Ms. Hukman had no choice but to leave the company. She was
Suspended for no reason and Terrible Herbst denied her four promotions
Refused that, she take any lunch time, Breaks, denied her benefit
And she was not giving any raise from October 2017 till March 2020
And Ms. Armijo told her very clearly that, nothing is going to change
She is not going to get promoted or get paid for lunch or take a lunch
Were others were allowed to take Lunch

Later with the pandemic and Ms. Hukman couldn't find a job
Field for unemployment and Terrible Herbst human resources and the
Employees wrote false statement and the unemployment division were
Not fair. Ms. Hukman was denied unemployment benefit because, Terrible
Herbst claiming that, Ms. Hukman used the unemployment money to
Donate to Terrorist Group, because of her National origin

Ms. Hukman is Iraqi-Kurdish / American. She lived most of
Her life in the United State. She and her family does not have any
Record of violence or terrorism and she does not have any connection
With any Terrorist Group. She want to use the unemployment benefit
To pay her bills, because she couldn't find a job and was forced to
Leave her Job at Terrible Herbst.

III.    Jurisdiction and Venue

All the events referred to in the allegations contained

REQUEST FOR JURY TRIAL - 13

Herein occurred within the Boundaries of Las Vegas, Nevada, therefore, Both jurisdiction and venue properly lie With This court.

**IIII.    Parties**

Plaintiff Sheida Hukman, is an individual who is currently and Was at all relevant times herein a resident of the state of Nevada County of Clark, city of Las Vegas.

Defendant Terrible Herbst Inc., (Defendant) is an Oil Company Is a corporation organized and existing by virtue of the laws of the State of Nevada, and will be served with the process to their Employment office center at 3670 W Dewey Drive, Las Vegas, Nevada 89118.

**V.     Causes of Action**

**1.     First Cause of Action**

**National Origin discrimination in violation of the civil Rights act Of 1964**

Plaintiff hereby, incorporate by reference, all other paragraph In This complaint as though fully set forth herein.

Plaintiff complained to Defendant (Terrible Herbst Inc.) and to Their Journalist what reasonably. In Good Faith to be National Origin Discrimination. The discriminatory acts included, but not limited to Subjecting Plaintiff to loss of her job

Defendant Terrible Herbst discriminating conduct caused the Plaintiff to suffer, harm including emotional stress and economic Loss.

Defendant discriminatory conduct was a substantial factor in Causing the Plaintiff harm

**2.     SECOND CAUSE OF ACTION**

**Retaliation in violation of Title VII of the civil Rights Act of 1964**

REQUEST FOR JURY TRIAL - 14

Plaintiff hereby, incorporate by reference all other paragraph In this complaint as through fully set forth herein.

Plaintiff complained to defendant and other agents and employees Of Terrible Herbst and what she reasonably and in good faith believed To be Retaliation.

The retaliatory acts included, but were not limited to Subjecting Plaintiff to suffer, Harm, emotional stress and economic Loss.

Defendant, retaliating conduct was a substantial factor in Causing Plaintiff's Harm.

**3.       THIRD CAUSE OF ACTION**

**Denied Hiring the Plaintiff as a supervisor**

Plaintiff hereby, incorporate by reference. All other paragraph In this as though fully set forth.

Plaintiff was denied Promotion three times because of her accent And national Origin in Violation of Title VII of the civil right act Of 1964

Plaintiff complained about denying the promotion with Terrible Herbst and what she reasonably and in good faith believed to be Discrimination in violation of the civil Rights acts of 1964.

Defendant denying Promotion caused the Plaintiff harm.

**4.       FOURT CAUSE OF ACTION**

**Denied Hiring as a Store Manager**

Plaintiff hereby, incorporate by reference, all other paragraph In this as though fully set forth herein.

Plaintiff was denied promotion as a Store Manager by Lisa Delgado (Mexican) Because of her accent and National origin in violation of Title VII of the Civil Rights Act of 1964.

Plaintiff complained about denying the promotion with Terrible

REQUEST FOR JURY TRIAL - 15

Herbst and she Believe and in good faith to be discrimination in Violation of the civil rights acts of 1964.

Defendant denying the promotion caused the Plaintiff Harm.

**5.      FIFTH CAUSE OF ACTION**

**Harassment in violation of Title VII of the Civil Rights Act of 1964**

Plaintiff hereby, incorporate by reference. All other paragraph In this as though fully set forth herein.

Plaintiff was harassed by Terrible Herbst Human Resources and Terrible Herbst Employees in violation of Title VII of the civil Rights act of 1964.

Plaintiff complaint about harassment, were a motivating factor In defendant decision to take an adverse action against the Plaintiff And terminate her employment.

Defendant harassment conduct caused the Plaintiff to suffer harm, Including Emotional distress and economic loss

Defendant harassment conduct was a substantial factor in causing The Plaintiff Harm

**6.      SIXTH CAUSE OF ACTION**

**Denied Paying Benefit such as 401K Plan and Language Premium for Speaking Spanish**

Plaintiff herby incorporate by reference, all other paragraph In this COMPLAINT as though fully set forth herein.

Plaintiff Complained to Terrible Herbst several times and Terrible Herbst about not obtaining benefits and to be awarded

Plaintiff complaint about differential Treatment, were a Motivating factor in Defendant Decision to take adverse Action against The Plaintiff.

Defendant discriminatory conduct was a substantial factor in Causing the Plaintiff Harm.

REQUEST FOR JURY TRIAL - 16

**7.      SEVENTH CAUSE OF ACTION**

**Defendant Terrible Herbst Denied paying the Plaintiff Paid Lunch Time Or allow her to take Lunch or breaks during her shift**

Plaintiff hereby incorporate by reference all other Paragraphs in This complaint as though fully set forth herein,

Plaintiff was not advised by Terrible Herbst Inc.to take a Paid Lunch (Half an Hour) and two breaks every 4 hours for (10 minutes)

Plaintiff complaint of not taking Lunch and breaks during her Shift to Terrible Herbst Human Resources and what she reasonably and In good faith believe is discrimination in violation of Title VII of The civil rights acts,

Defendant Failure to resolve the issue caused the Plaintiff to Suffer Harm, including Emotional Stress and Economic Loss.

Defendant retaliatory conduct was a substantial factor in causing The Plaintiff Harm.

**8.      EIGHTH CAUSE OF ACTION**

**Defendant Terrible Herbst terminated the Plaintiff employment (forced Her to quit)**

Plaintiff hereby, incorporate by reference .All other Paragraph In this complaint as though fully set forth herein.

Plaintiff complaint of Harassment, Discrimination, Failure To promote, Human Resources Director suspended the Plaintiff pending Investigation and when she contacted her, she offered her a separation From Terrible Herbst because she claimed, that Plaintiff constantly Complaining about Discrimination, Denied Promotion, Harassment Retaliation, denied paying Lunch and breaks and Benefits. It's better That, Plaintiff separate from Terrible Herbst, and what the Plaintiff Reasonably believe and in good faith is discrimination

Plaintiff complaint of Harassment, Discrimination, Failure to

Promote, denied paying Lunch and Break time and benefit, were a

Motivating factor in Defendant decision to take an Adverse Action and

Offer her a separation (Force her to quit) (terminate her employment)

**9. NINTH CAUSE OF ACTION**

**Defendant made a false statement with the Nevada Unemployment Insurance Claim and denied the Plaintiff unemployment Benefit**

Plaintiff hereby, incorporate by reference. All other paragraph In this complaint as fully set forth herein

Plaintiff Complaint of Discrimination based on National Origin Iraq and was called a Terrorist by terrible Herbst Employee Supervisor

Defendant retaliated against Plaintiff and Had a Representative To call the Unemployment personnel and The Referee and claim the Plaintiff is paying the unemployment money to a Terrorist Group. Should not be awarded the unemployment money.

Also contacted the Judge in the District Court when Plaintiff Appealed the case and Terrible Herbst had someone contact the Judge And spoke to her and claimed that, Plaintiff is paying the Unemployment benefit to a Terrorist Group had influenced the Judge And the Referee to dismiss the case and Laughed at the Plaintiff. And what Plaintiff reasonably and in good faith believe it's Discrimination, Harassment and retaliation,

Defendant Harassment, Discrimination and Retaliation caused the Plaintiff to suffer harm, including emotional distress and Economic Loss.

Defendant denied paying unemployment when Plaintiff was Qualified were a motivating factor in defendant decision to take an Adverse action against the Plaintiff and cause her harm

**v.    Request for Relief**

Wherefore Plaintiff request a Relief against Defendant Terrible

REQUEST FOR JURY TRIAL - 18

Herbst as follows:

   1. Back Pay , Benefits , Lost overtime ,Lost 401K Plan plus interest

Spanish Language Premium Pay, Lost Promotion pay as a supervisor and

Store manager.

   2. Medical Insurance, Social Security Plus interest and tax

Consequences

   3. Punitive Damages

   4. Compensatory Damages ( emotional pain and suffering / Loss of

Reputation and future earning).

**VI.**    **Conclusion**

       For all the forgoing reasons, Plaintiff has a serious and

Plausible Claims against Terrible Herbst Inc. and the court should

Grant the motion on the issues raised and grant a Jury trial.

Respectfully submitted by Sheida Hukman (Pro Se)

/s/    Sheida Hukman

Date: March 15th, 2021

REQUEST FOR JURY TRIAL - 19

## REQUEST FOR A JURY TRIAL

Plaintiff, hereby demand a trial by jury for each and every Claim for which the right to jury trial.

Date. March 15th, 2021

/s/ Sheida Hukman

Respectfully submitted by Sheida
P.O Box 96321
Las Vegas, NV 89169
Email-shuckman987@gmail.com

REQUEST FOR JURY TRIAL - 20

1

## CERTIFICATE OF SERVICE

2          I sheida Hukman certify that, on March 15th, 2021. A Copy of

3  The forgoing. Employment Discrimination Complaint Notice of this

4  Filling will be electronically field and Defendant will be served via

5  A messenger and by Electronic Email.

6

7

8  Terrible Herbst Inc.

9  3670 W Dewey Drive
   Las Vegas, Nevada 89118
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR JURY TRIAL - 21

Electronically Filed
3/15/2021 4:50 PM
Steven D. Grierson
CLERK OF THE COURT

SHEIDA HUKMAN (Pro Se)
P.O Box 96321
Las Vegas, Nevada 89193
Phone | 213-456-1746
Email-shuckman987@gmail.com

CASE NO: A-21-831118-C
Department 27

LAS VEGAS DISTRICT COURT

CLARK COUNTY, NEVADA

SHEIDA HUKMAN,                                    Case No.: Number

Vs

TERRIBLE HERBST Inc. ,                            DECLARATION OF SHEIDA HUKMAN

          Defendant

**Declaration of Sheida Hukman**

I sheida Hukman Declare:

**1.**    I am representing myself as a Pro Se in the United State District Court Clark County Nevada, All of the information set forth herein is based on my Personal Knowledge and if called to testify I could and would competently testify thereto.

        This Declaration was executed on this day March 15th, 2021   at Las Vegas,

Nevada. I declare under Penalty of Perjury and the Laws of the United States of America, that the forgoing is true and correct.

Respectfully submitted by Sheida Hukman
/S/      Sheida Hukman
P.O Box 96321
Las Vegas, Nevada 89193
Tel-213-456-1746
Email-shuckman987@gmail.com

DECLARATION OF SHEIDA HUKMAN - 1

Electronically Filed
3/15/2021 4:50 PM
Steven D. Grierson
CLERK OF THE COURT

PIFP

Name: SHEIDA HUKMAN
Address: P.O BOX 96321
City, State, Zip: NEVADA 89193
Phone: 213-456-1746
Email: shuckman987@gmail.com
Self-Represented

**CASE NO: A-21-831118-C**
**Department 27**

## DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| SHEIDA HUKMAN<br><br>Plaintiff,<br><br>vs.<br><br>TERRIBLE HERBEST Inc<br><br>Defendant. | CASE NO.: _____<br><br>DEPT: _____ |

### Application to Proceed in Forma Pauperis

Pursuant to NRS 12.015, and based upon the information contained in this Application and Affidavit, I request permission from this Court to proceed without paying filing fees, or other costs and fees as provided in NRS 12.015 because I lack sufficient financial ability.

I understand that if approved, the order allowing me to proceed in forma pauperis will be valid for one year. I will be required to file a new Application to Proceed in Forma Pauperis if I need further filing fees and court costs and fees waived after one year.

**EMPLOYMENT:** (☒ *check one*)

☒ I am unemployed.

☐ I am employed. My employer is _____ and my job title is _____.

☐ I am self-employed. The name of my business is _____.

© Clark County Self-Help Center
Rev. Nov. 2015

1

Fee Waiver Application
ALL RIGHTS RESERVED

| Personal Income (write "0" for any income you do not have) | | |
|---|---|---|
| A | Monthly Wages from Employment (before taxes) | $ 0.00 |
| B | Monthly Tip Income | $ 0.00 |
| C | Monthly Unemployment Benefits | $ 0.00 |
| D | Public Benefits/Assistance received each month<br>□ TANF  □ SSD  □ SSI  □ food stamps  □ other: _____ | $ 0.00 |
| E | Social Security | $ 0.00 |
| F | Retirement / Pension | $ 0.00 |
| G | Monthly Child Support received | $ 0.00 |
| H | Other: _____ | $ 0.00 |
| | TOTAL INCOME (add lines A-H) | $ 0 |

| Household Information | | |
|---|---|---|
| A | How many adults (18 and up) live in the home (include yourself)? | 1 |
| B | How many children (under 18) live with you? | 0 |
| | TOTAL HOUSEHOLD SIZE (add A+B) | 1 |

| Household Income | | |
|---|---|---|
| List the names of the adults you live with and their estimated monthly earnings: | | |
| Name: n/a | Relationship: | $ 0.00 |
| Name: | Relationship: | $ 0.00 |
| Name: | Relationship: | $ 0.00 |

| Monthly Expenses (write "0" for any expense you do not have) | | |
|---|---|---|
| A | Rent / Mortgage | $ 0.00 |
| B | Utilities (electricity, gas, phone, other utilities) | $ 0.00 |
| C | Food | $ 120.00 |
| D | Child Care | $ 0.00 |
| E | Medical Expenses (including health insurance) | $ 0.00 |
| F | Transportation (insurance, gas, bus fare, etc.) | $ 70.00 |
| G | Other: _____ | $ |
| | TOTAL EXPENSES (add lines A-G) | $ 190 |

Fee Waiver Application
ALL RIGHTS RESERVED

| Assets (write "n/a" and "0" for any assets you do not have) | | |
|---|---|---|
| Asset | What It's Worth | What you Owe |
| Checking Account | $ 40.00 | n/a |
| Savings Account | $ 150.00 | n/a |
| Car (*year/make/model*: N/A ) | $ | $ n/a |
| House / Real Estate You Own (*address*: N/A ) | $ | $ n/a |
| Other: telephone bill | $ 65.00 | $ |

**CREDIT CARDS.**

Do you have a credit card that you can use to charge the filing fee?

☒ No          ☐ Yes          ☐ Yes, but my current balance is $_____

**Declaration in Support of Request to Proceed In Forma Pauperis**

Briefly explain your current financial situation and why you are unable to pay the filing fee. For example, if you are unemployed explain why, for how long, and what efforts you are making to obtain employment. If you are temporarily living with a friend or relative explain for how long and how they help you financially.

I am currently unemployed and my previous employer submitted false documentation to the court when I appealed the decision .
I am currently staying with relatives and not paying rent
I have applied for a lot of open position in person and Online they claim they are hiring but , they only hire the employees friends and relatives  unfortunately I was not able to find the  Job .

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

March 15th ,2021          SHEIDA HUKMAN
Date                        Printed Name                        Signature

Electronically Filed
3/15/2021 4:50 PM
Steven D. Grierson
CLERK OF THE COURT

OIFP

Name: SHEIDA HUKMAN
Address: P.O BOX 96321
City, State, Zip: NEVADA 89193
Phone: 213-456-1746
Email: shuckman987@gmail.com
Self-Represented

**CASE NO: A-21-831118-C**
**Department 27**

## DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| SHEIDA HUKMAN | CASE NO.: _____ |
| Plaintiff, | DEPT: _____ |
| vs. | |
| TERRIBLE HERBEST Inc | |
| Defendant. | |

### Order to Proceed in Forma Pauperis

Upon consideration of the movant's Application to Proceed in Forma Pauperis, and it appearing that there is not sufficient income, property, or resources with which to maintain the action, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that (*name*) SHEIDA HUKMAN _____ shall be permitted to proceed In Forma Pauperis with this action pursuant to the terms of this Order.

**IT IS FURTHER ORDERED** that if the above-named party prevails in this action, the Court shall enter an order pursuant to NRS 12.015 requiring the opposing party to pay the Court, within five (5) days, the costs which would have been incurred by the prevailing party, and those costs must then be paid as provided by law.

**IT IS FURTHER ORDERED** that the above-named party shall be permitted to commence or defend the action without costs. The Clerk of Court shall file or issue any necessary writ, process, pleading, or paper without charge.

**IT IS FURTHER ORDERED** that the Sheriff or other appropriate officer within this State shall make personal service of any necessary writ, pleading, or paper without charge.

**IT IS FURTHER ORDERED** that this Order shall not apply to costs for transcripts or recordings of court proceedings. A separate application and order shall be required to waive any such fees.

**IT IS FURTHER ORDERED** that this Order shall expire one year from the date the Order is filed. The party shall be required to reapply for any further waiver after this Order expires.

DATED this _____ day of _____, 20___.

_____
DISTRICT COURT JUDGE

Respectfully Submitted:
(*Signature*) _____
(*Printed Name*) SHEIDA HUKMAN
In Proper Person

**SUMM**

1

Sheida Hukman
*(Your Name)*

2

P.O Box 96321
*(Your Mailing Address)*

3

Las Vegas , Nevada 89193
*(Your City, State, Zip Code)*

4

213-456-1746
*(Your Telephone Number)*

5

*(Your Fax Number)*

6

shuckman987@gmail.com
*(Your E-mail Address)*

7

Plaintiff, Self-Represented

8

9                    **EIGHTH JUDICIAL DISTRICT COURT**

10                        **CLARK COUNTY, NEVADA**

| | |
|---|---|
| *Plaintiff's* **SHEIDA HUKMAN**<br>*Name:* | **CASE NO: A-21-831118-C**<br>Case No.:<br>Dept. No.: **Department 27** |

11

12                              Plaintiff,

vs.

13

*Defendant's*  **TERRIBLE HERBST Inc**
*Name:*

14

15                              Defendant.

16                                 **SUMMONS**

17   **NOTICE!  YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU WITHOUT**
     **YOUR BEING HEARD UNLESS YOU FILE A RESPONSE WITH THE COURT**
18   **WITHIN 21 DAYS.  READ THE INFORMATION BELOW CAREFULLY.**

19   To the Defendant named above: Terrible Herbst Inc ,

20          A civil complaint has been filed by the Plaintiff against you.  Plaintiff is seeking to recover the

21   relief requested in the complaint, which could include a money judgment against you or some other form

22   of relief.

23          If you intend to defend this lawsuit, within 21 calendar days[1] after this Summons is served on you

24   (not counting the day of service), you must:

25          1.      File with the Clerk of the Court, whose address is shown below, a formal written

26                  response (typically a legal document called an "answer," but potentially some other

27   ───────────────────────────────────
     [1] The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and
28   legislators each have 45 days after service of this Summons within which to file a response to Plaintiff's complaint.

Page 1 of 2

**For more forms and information, visit www.civillawselfhelpcenter.org.**

*Rev. 2/20/2019*
*© Civil Law Self-Help Center*

response) to Plaintiff's complaint.

2.  Pay the required filing fee to the court, or file an Application to Proceed *In Forma Pauperis* and request a waiver of the filing fee.

3.  Serve (by mail or hand delivery) a copy of your response upon the Plaintiff whose name and address is shown below.

**Information and forms to assist you are available, free of charge, at the Civil Law Self-Help Center at the Regional Justice Center, 200 Lewis Avenue, Las Vegas, Nevada, and on the center's website at www.civillawselfhelpcenter.org.**

If you fail to respond, the Plaintiff can request your default. The court can then enter judgment against you for the relief demanded by the Plaintiff in the complaint, which could result in money or property being taken from you or some other relief requested in Plaintiff's complaint.

If you intend to seek an attorney's advice, do it quickly so that your response can be filed on time.

STEVEN D. GRIERSON, CLERK OF COURT

*Robyn Rodriguez*                    3/17/2021
By: Robyn Rodriguez              Date:
Deputy Clerk
Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada 89155

Issued at the request of:

*Sheida Huckman*
(Signature)
Sheida Hukman
(Your Name)
P.O Box 96321
(Your Street Address)
Las Vegas , Nevada 89193
(Your City, State, and Zip Code)

Plaintiff, Self-Represented

Note:   When service is by publication, add a brief summary of the claims asserted, the relief sought, and include any special statutory requirements. This summary should have been proposed through a Motion Seeking Publication and approved through an Order for Service by Publication. See Nevada Rule of Civil Procedure 4.4(c).

Rev. 2/204/019
© Civil Law Self-Help Center

Electronically Filed
3/15/2021 4:50 PM
Steven D. Grierson
CLERK OF THE COURT

Sheida Hukman (Pro Se)
P.O Box 96321
Las Vegas, Nevada 8919
Tel-213-456-1746
Email-shuckman987@gmail.com

CASE NO: A-21-831118-C

Department 27

UNITED STATE DISCRICT COURT OF NEVADA
CLARK COUNTY, LAS VEGAS, NEVADA

Case No.:

Sheida Hukman,

            Plaintiff,

vs

Terrible Herbst Inc.,

            Defendant,

REQUEST FOR JURY TRIAL

## Employment Discrimination Complaint

Plaintiff respectfully submits this Employment Discrimination Complaint and state to this honorable Court as follows:

Sheida Hukman

/s/      Sheida Hukman

REQUEST FOR JURY TRIAL - 1

I.    Preliminary Statement

Plaintiff Sheida Hukman is a Middle Eastern of Kurdish decent From Iraq. She has over 15 years of customer service and supervisory Experience in the customer Service industry, not only poses a degree In computer science & information system from the University of New York, she is also a multi Lingual possessing Language Knowledge In English, Spanish, Farsi, Arabic and Kurdish. She had an excellent Attendance record, since she was hired, an excellent skills, fast Learner, provide an excellent customer service and was a good Asset For Terrible Herbst Inc.,

Bringing this Action against Terrible Herbst Inc. for Discrimination, Harassment, Retaliation, Denied Promotion four times, Denied Benefits and denied taking Lunch and two paid breaks every time She worked at Terrible Herbst during her shift Grave yard and deny Paying her Lunch when Lunch was Paid by Terrible Herbst and Ultimately Human Resources forced to quit her job (terminate her Job) in Violation of the civil Rights Act of1964.

Plaintiff Sheida Hukman alleges the following causes of Actions:

1. Intentional Discrimination, violation under Title VII of the Civil Rights Act Of 1964 based on National Origin.

2. Retaliation In violation of Title VII of the Civil Rights Act of 1964 "42 U.S.C 200e ET Seq (Title VII).

3. Denied Hiring as a Supervisor in violation of Title VII of the Civil Rights Act of 1964.

4. Denied Hiring as a Store Manager in violation of Title VII of The civil Rights Act of 1964.

5.   Harassment in violation of Title VII of the Civil Rights Act of 1964.

REQUEST FOR JURY TRIAL - 2

6. Denied Paying Benefits such as 401 K Plan since she started Working for Terrible Herbst in October 2017 and Spanish Language Premium Pay.

7. Denied her Lunch time (half an hour) and two breaks( 20 Min ) During her Shift every day and denied paying her the lost Time.

8. Human Resources Director terminated her employment (forced her To quit)

9. Defendant Discrimination , Harassment and retaliation against The Plaintiff and accused her of supporting Terrorist group and Contacted the Unemployment Division, the Referee and the Judge when She appealed the decision of not awarding her the Unemployment Benefit And had influenced the Judge and The referee and they dismiss the case

II.   History and Factual Facts

Plaintiff was hired by Terrible Herbst in October 11th, 2017 As a Cashier. She was interviewed by Mr. Whitmore "African American " She was asked Questions answered all the Question accurately and Scored 100 out of 100 in her test Terrible Herbst offered her a Position as a Cashier right on the spot, the Company also Checked her Background and was asked to provide the Company with three cards (1) Sheriff Card (2) Tam Card and (3) health Card and was reported to work After few days.

Plaintiff was told by Terrible Herbst, human resources that, There a lot of Opportunity for growth within the company and Promotion Once the employees has A Little Experience Per Terrible Herbst Employee Handbook Page 20 transfers and Promotional Opportunity

Plaintiff obtain a bachelor degree in computer science and Information system and had a supervisory experience, Plaintiff want to Apply for a supervisor and Management position within Terrible Herbst

REQUEST FOR JURY TRIAL - 3

1   Plaintiff is a Middle Eastern, Kurdish decent from Iraq, and
2   She was the only Kurdish working for Terrible Herbs Inc. She had a
3   Good attendance record with Terrible Herbs, She reported to work on
4   Time, she hardly called in sick. She performed her duty and Assignment
5   Accurately. She provided an excellent customer Service, she never had
6   Any customer complaint or had any issue with any customers.
7   She resolved the issues immediately if there was a complaint, she
8   Never had any Short Money during her employment as a cashier.
9   When Plaintiff was hired, Human Resources did not offer her any
10  Benefits such As 401K Plan, did not mention it in the Hiring paperwork
11  To accept of Decline the 401K Plan, other employees had a knowledge
12  About the 401 K Plan and were informed when they were hired out of the
13  Plaintiff Protected class. When Ms. Hukman complained for the first
14  Time In 2019, she was not offered the 401K plan or the Loss of the
15  401K Plan, all other employees who were hired by Terrible Herbst they
16  Were offered the 401k Plan out of the Plaintiff protected Class
17  (U.S) (African American) and (Hispanic).
18      Plaintiff spoke other Languages fluently (Spanish) and was not
19  Offer the extra Money for speaking Spanish, other employees were
20  Offered extra money for speaking Spanish, (Mexican) out of the
21  Plaintiff protected class were offered extra money. When Plaintiff
22  Complained, Human Resources denied paying other Employees extra Salary
    For speaking Spanish.
23      Terrible Herbst had a lot of Customers (Mexican) who did not speak
24  English and Plaintiff used her Spanish to speak to them, they were
25  Regular customers going to the convenient store on a daily basis?
26      During the Plaintiff employment with Terrible Herbst Inc. was
27  Subjected to various Form of Discrimination, Harassment and
28

REQUEST FOR JURY TRIAL - 4

Retaliation, when complained to Terrible Herbst, they did not Investigate the matter or provide the plaintiff with any Letter and She was ignored by terrible herbst Human resources who retaliated Against The Plaintiff and forced her to quit.

Plaintiff was denied promotion as an assistant manager in March 2019 by Store Manager Mr. Nakoma. The company and the store manager Hired an Assistant Store Manager "Eric Rules Junior, (Mexican) who did Not have any experience as a supervisor or as a Clerk and had a Disciplinary action in his file. Ms. Hukman had more experience and More Qualification and she was already working for the company, He was Out of her protected class.

Plaintiff complained to Terrible Herbst Human Resources (Mr. Whitmore) African American. He took the complaint but, did not respond To Ms. Hukman Complaint, her complaint was ignored. Ms. Hukman was Qualified for the position (1)   she was belong to Racial Minority (2) She was qualified for the job which Terrible Herbst was seeking (3) Despite her qualification, was rejected (4) after the rejection? The Position remained open and the employer continued to seek Applicants outside The Plaintiff's protected Class.
See McDonnell Douglas v. Green (1973) 411 US 792 at 800.

Second Denial Promotion Plaintiff was denied a second Promotion In September 2019, by the store Manager Mr. Samuel Nakoma "African American "and he Hired again another Assistant manager by the name Ramon "Unknown Last name (Mexican) who did not have any Experience as A supervisor or as a Cashier. Ms. Hukman complained to Human Resources, her Complaint was ignored.

Third denied Promotion, In October 2019, Ramon (unknown last Name) promoted to a Store Manager and the Assistant Manager Position Was available. The Store manager denied Ms. Hukman promotion for the

REQUEST FOR JURY TRIAL - 5

1  Third time and Terrible Herbst hired a supervisor by the name of
2  Michael Turner (U.S) outside of the Plaintiff Protected activity no
3  Experience or qualification and was not working for the company.
4      Ms. Hukman complained to Human Resources Mr. Whitmore. He was
5  Suppose To get back to her and address Mr. Nakoma, but he was not
6  Addressed and the Company did not respond to Ms. Hukman complaint in
7  Regard denied promotion based On Discrimination and violation of Title
   VII of the civil rights act of 1964.
8      Mr. Nakoma made several unfavorable comments about Ms. Hukman
9  Promotion and she was treated different than other employees because
10 Of her accent and her National Origin,
11     In November 2019. Ms. Hukman complained about the benefit 401K
12 Plan, The Lunch Time, Breaks and the denied Promotion, and Ms. Hukman
13 Was supposed to meet with Human Resources Director Ms. Petra Armijo
14 And Terrible Herbst Journalist Ms. White to resolve the issues by
15 Emailing's. Natasha La Madrid (human Resources Manager) a letter.
16     When Ms. Hukman addressed all issue to Human Resources Director
17 Ms. Armijo and asked her to resolve the issue especially the Lunch
18 Time that, she was never advised to take a Lunch and two breaks
19 Approved by Terrible Herbst (Paid) Ms. Armijo and Ms. White refused
20 To resolve the issue And Ms. Hukman was told not to Take any lunch or
21 Break (she cannot close the store during her shift (grave yard)
22 And they refused to pay her for the Lunch Break. All other cashiers
23 Working for Terrible Herbst and during their shifts (morning, swing
24 And grave yard) take half an hour for lunch and two other breaks each
25 Break is 10 minutes every four hours, out of Plaintiff protected Class
26 U.S, Africa American and Mexican.
27     In November 2019, Ms. Hukman complained about not being
28 Promoted, so she Want to submit a Transfer Ms. Armijo treated Ms.

REQUEST FOR JURY TRIAL - 6

1   Hukman Different than any other employees and refused that, she takes
2   Lunch or breaks and refused to pay her for the Lunch time and the
3   Meeting did not go well .Ms. Armijo asked Ms. Hukman to leave the
4   Meeting in a Very Disrespectful Manner. Ms. Hukman advised her that,
5   Is her rights and the company is responsible to pay her because it's
6   Paid Lunch and they are paying everybody else.

7       In regard the Promotion. Ms. La Madrid asked Ms. Hukman to
8   Request a Transfer and Ms. Hukman requested a Transfer to another
9   Store to be promoted to a Store Manager.

10      In September 2019, the Store manager hired an employee by the
11  Name of Carlos (unknown last name), was working swing shift, Mr.
12  Carlos asked Ms. Hukman if she is leaving the company. Ms. Hukman
13  Responded no and asked him why he was asking this question. Mr.
14  Carlos told her that, he was hired for the Grave Yard shift to work
15  Instead of Ms. Hukman. Ms. Hukman was shocked, she asked Mr. Nakoma
16  The store manager? Mr. Nakoma denied ever hiring Mr. Carlos for the
    Grave yard shift.

17      In January 23rd, 2020, Ms. La Madrid contacted Ms. Hukman
18  To set up an Appointment for the interview and Ms. Hukman contacted
19  Her to set up an Appointment with a District Manager Ms. Lisa Delgado
20  On January 31, 2020.

21      All other Managers, who requested a transfer and was already
22  Working for the company was not interviewed by any District Manager
23  They usually assign the Employees who requested a Management position
24  With a Manager to be trained and learn the Paperwork, Mr. Samuel
25  Nakoma" African American "was not interviewed by any District
26  Manager to become a store Manager, Mr. Eric Rules Jr (Mexican) was
27  Offered a position as a store Manager, Mr. Ramon (unknown last name)
28  (Mexican) out of the Plaintiff Protected Class.

REQUEST FOR JURY TRIAL - 7

According to Terrible Herbst Handbook, Human Resources they review
The employee's qualification and consult with the Store manager.

However, If the employee does not Meet the minimum
Qualification for the Position according to Terrible Herbst Employee
Handbook, a Human Resources representative will discuss the employees
Career with the employee and suggest alternative positions such as
A supervisor or possible training and or/development that will assist
The employee qualifying for positions that, interest him.

Ms. Hukman was treated different than other employees, she
Was interviewed, she did very well in the interview.

Terrible Herbst Human Resources informed him that, she was not
Qualified for the position and refused to discuss why she was not
Qualified and requested a copy of her interview questions, human
Resources refused to provide her with any evidence or talk to her

When Ms. Hukman complaint of Denied Promotion due to her
National Origin, they immediately suspended her and retaliated
Against her.

During that time, Assistant Manager Mr. Michael turner was
Harassing and discriminating against Ms. Hukman and in his own
Believe Thought, That Ms. Hukman is a Terrorist because of her
National Origin.

He was giving her a hard time, and assign her duties that, she
Was not responsible for.

In December 2019, Mr. Turner showed up to work around 530 am, He
Was very Mad, rude, nasty, yelling and screaming, using his hand and
Fingers to talk to Ms. Hukman and informed Ms. Hukman "why the
Bathroom is not clean ". It was not her Duty to clean the bathroom.
She had an agreement with the store Manager to perform other duties.
He never checked the bathroom. The bathroom was clean and he spoke to

REQUEST FOR JURY TRIAL - 8

1   Ms. Human in a very disrespectful Manner, when the store Manager
2   Showed up. He spoke to Mr. Turner and he was advised to talk to her
3   And other employees in a very disrespectful manner because he was
4   Making false accusation immediately and Attack the employees.
5       Early in January 2020. Mr. Turner called Ms. Hukman to the office
6   And falsely accused her of not making one of the Money Drops and he
7   Was yelling and screaming. Ms. Hukman never in her career as a cashier
8   Was short money. She always had her register accurate count.
9   Ms. Hukman asked him to count the money, He did and Ms. Hukman was not
10  Short. He was trying to intimidate Ms. Hukman. He constantly harassed
11  Her and discriminated against her.
12      In January 2020. Mr. Turner claimed that, there is a new policy
13  By Mr. OSA (Terrible Herbst Director) to Keep the Grill till 2 am, Ms.
14  Hukman never received an Email from Terrible Herbst or Mr. Nakoma the
15  Store Manager to keep the Grill till 2 am, so the clerk who Worked
16  Swing shift won't clean the Grill.
17      Ms. Hukman contacted other stores, they confirmed that, there is
18  No such a policy Exist, the grill has to be clean around 9 pm and the
19  Swing shift person is responsible for cleaning.
20      On February 2020 Mr. Turner was going around and tell all
21  Employees that they are not allowed to take a car wash per Mr. King.
22  (District Manager)  Again the Employees, never received any Message
23  From Terrible Herb stand Mr. Nakoma did not advised any employees of
24  Such a policy?
25      On February 9th, 2020. Ms. Hukman was seated by the register
26  Area, she smelled something really bad. It did make her very dizzy
27  And couldn't stay in the Area. Ms. Hukman went to another area to feel
28  Better. Mr. Turner yelled at her Very loud. Apparently Mr. Turner was

REQUEST FOR JURY TRIAL - 9

Selling some kind of Chemical Poisoning stuff and He was using it on Ms. Hukman

Mr. Turner was receiving money drops on a daily basis from Ms. Tehrani. Mr. Turner was trying to put Ms. Hukman to sleep to harm her During her shift Grave Yard. Ms. Hukman also found the chemical Poisoning stuff in the Frappe and advised Mr. Nakoma About the Chemical Poising stuff.

In February 28th, 2020 Ms. Hukman field a complaint against Mr. Turner and after submitting the complaint. Mr. Turner started Retaliating against Ms. Hukman.

In February 28th, 2020. Ms. Hukman field a complaint against Mr. Turner in Writing in detail about Mr. Turner Harassment and Discrimination against her and he started make up his own Policy and Procedure to assign Ms. Hukman Extra work during her shift (grave Yard) and make false statement that, there is A New Policy by Mr. Jason King the District Manager or by Matt OSA and Mr. Nakoma knew About the non -existing policy and he did not correct Mr. Turner.

Human Resources did not address Mr. Turner in regard the Harassment and in regard the Safety Issue, Plaintiff advised human Resources in her letter that, she has a bad reaction and does not feel Well because of the chemical poising that, have a lot of side effect On her.

According to Terrible Herbst Handbook and Policy They Company is Committed to providing Equal Employment Opportunity and they prohibit Harassment, not with Ms. Hukman.

Terrible Herbst did not conduct an investigation or paid any Attention to the Chemical poisoning and did not respond to Ms. Hukman Complaint letter.

February 28th, 2020 Letter. Ms. Hukman mentioned the Denied

REQUEST FOR JURY TRIAL - 10

Promotion a and Terrible Herbst was not transferring Ms. Hukman
Or advising her about the Promotion.

On March 17th, 2020. Mr. Turner would ask the customer to harass
Ms. Hukman and push the employees against her. He was told by the
Store manager Mr. Nakoma To report to work around 630 am when Ms.
Hukman Leaves work.

On March 17th, 2020. Mr. Michael Turner showed up to work
Around 530 am in the morning. He was going toward Ms. Hukman trying
To Intimidate her. She constantly ignored him. She finished her work
And closed the register and removed her backpack from the cabinet,
And Ms. Hukman had the cabinet key because worked grave yard by
Herself and felt safer to lock her backpack because she had her
Computer and wallet in her backpack. The Cabinet key was missing
For a while. Mr. Turner came out of nowhere claiming the cabinet
Key .no one use the cabinet key only Ms. Hukman.

Mr. Turner was yelling and screaming very rude and called Ms.
Hukman a Terrorist. He demanded the key and the key dropped and made
Such a big deal out of it.

He blocked Ms. Hukman entry to go to the bathroom and Ms.
Hukman had to call the police to advise them about the chemical
Poisoning that, he was using and the drop that, he was receiving
On a daily basis. Ms. Hukman Left the store and sat in her car and
Was talking to the Police and told her to wait till they talk to
Ms. Turner. Ms. Hukman left when the police spoke to Mr. Turner.

Mr. Nakoma was advised and He wrote a false statement
About obtaining the store key, not the cabinet key and he also
Stated that, Ms. Hukman had to leave the store. Ms. Hukman left
The store and she was in her car. He is the same person Mr. Nakoma
Who denied Ms. Hukman three Promotion when the promotion was?

REQUEST FOR JURY TRIAL - 11

Available? And she was qualified for the promotion because of her Accent and Her national origin Iraq he did not like her to be Promoted. He also had something to do with the store manager promotion Because Mr. Whitmore had mentioned to Ms. Hukman, Mr. Nakoma refuse To train Ms. Hukman to be a supervisor or a manager, the other Supervisors who were promoted to a Store Managers Position (Mexican) He train them (out of the Plaintiff protected class).

However On March 17th, 2020. Ms. Hukman also wrote a Letter about Denying her the Promotion by Lisa Delgado and how she discriminated Against her during the interview and claimed that, she does not Qualify for such a position, others who were promoted to the store Manager position does not have a college degree, experience and out Of Ms. Hukman Protected class (Mr. Ramon) (unknown last name) (Mexican), Mr. Eric Rules Jr. (Mexican) and others who were from India were promoted.

Ms. Hukman complained about constant harassment, Discrimination Retaliation and denied promotion in her letter In March 17th, 2020.

Immediately right after emailing the Letter to Human resources Ms. Petra Armijo (human Resources Director) retaliated against Ms. Hukman and send her an email suspended her pending investigation, Without Talking to Ms. Hukman. Called it an issue happened with Mr. Turner who she complained about him in February 2020 and she did not Receive an answer from Human Resources.

On March 18th, 2020 (Ms. Hukman had no knowledge) about Mr. Turner arrest by the Bureau of Federal Investigation in Terrible Herbst Store for committing Illegal activity.

Ms. Armijo (Mexican) and Ms. La Madrid contacted Ms. Hukman And took her statement and did not advise her about Mr. Turner arrest

REQUEST FOR JURY TRIAL - 12

1  Ms. Armijo stated that, she will contact Ms. Hukman when she is ready
2  To make her decision about the suspension.

3        Ms. Hukman was contacted on March 23rd, 2020 and offered her
4  A separation from the company forcing her to quit her job or to
5  Transfer but, it's not a good idea because, Ms. Hukman is a trouble
6  And constantly complaining about various issues, is better for you to
7  Accept the separation.

8        Ms. Hukman was forced to quit by Ms. La Madrid and Ms. Armijo
9  Ms. Hukman had no choice but to leave the company. She was
10 Suspended for no reason and Terrible Herbst denied her four promotions
11 Refused that, she take any lunch time, Breaks, denied her benefit
12 And she was not giving any raise from October 2017 till March 2020
13 And Ms. Armijo told her very clearly that, nothing is going to change
14 She is not going to get promoted or get paid for lunch or take a lunch
   Were others were allowed to take Lunch

15       Later with the pandemic and Ms. Hukman couldn't find a job
16 Field for unemployment and Terrible Herbst human resources and the
17 Employees wrote false statement and the unemployment division were
18 Not fair. Ms. Hukman was denied unemployment benefit because, Terrible
19 Herbst claiming that, Ms. Hukman used the unemployment money to
20 Donate to Terrorist Group, because of her National origin

21       Ms. Hukman is Iraqi-Kurdish / American. She lived most of
22 Her life in the United State. She and her family does not have any
23 Record of violence or terrorism and she does not have any connection
24 With any Terrorist Group. She want to use the unemployment benefit
25 To pay her bills, because she couldn't find a job and was forced to
26 Leave her Job at Terrible Herbst.

27 III.    Jurisdiction and Venue

28       All the events referred to in the allegations contained
   REQUEST FOR JURY TRIAL - 13

Herein occurred within the Boundaries of Las Vegas, Nevada, therefore, Both jurisdiction and venue properly lie With This court.

IIII.   Parties

Plaintiff Sheida Hukman, is an individual who is currently and Was at all relevant times herein a resident of the state of Nevada County of Clark, city of Las Vegas.

Defendant Terrible Herbst Inc., (Defendant) is an Oil Company Is a corporation organized and existing by virtue of the laws of the State of Nevada, and will be served with the process to their Employment office center at 3670 W Dewey Drive, Las Vegas, Nevada 89118.

V.   Causes of Action

1.   First Cause of Action

National Origin discrimination in violation of the civil Rights act Of 1964

Plaintiff hereby, incorporate by reference, all other paragraph In This complaint as though fully set forth herein.

Plaintiff complained to Defendant (Terrible Herbst Inc.) and to Their Journalist what reasonably. In Good Faith to be National Origin Discrimination. The discriminatory acts included, but not limited to Subjecting Plaintiff to loss of her job

Defendant Terrible Herbst discriminating conduct caused the Plaintiff to suffer, harm including emotional stress and economic Loss.

Defendant discriminatory conduct was a substantial factor in Causing the Plaintiff harm

2.   SECOND CAUSE OF ACTION

Retaliation in violation of Title VII of the civil Rights Act of 1964

REQUEST FOR JURY TRIAL - 14

Plaintiff hereby, incorporate by reference all other paragraph In this complaint as through fully set forth herein.

Plaintiff complained to defendant and other agents and employees Of Terrible Herbst and what she reasonably and in good faith believed To be Retaliation.

The retaliatory acts included, but were not limited to Subjecting Plaintiff to suffer, Harm, emotional stress and economic Loss.

Defendant, retaliating conduct was a substantial factor in Causing Plaintiff's Harm.

3.      THIRD CAUSE OF ACTION
Denied Hiring the Plaintiff as a supervisor

Plaintiff hereby, incorporate by reference. All other paragraph In this as though fully set forth.

Plaintiff was denied Promotion three times because of her accent And national Origin in Violation of Title VII of the civil right act Of 1964

Plaintiff complained about denying the promotion with Terrible Herbst and what she reasonably and in good faith believed to be Discrimination in violation of the civil Rights acts of 1964.

Defendant denying Promotion caused the Plaintiff harm.

4.      FOURT CAUSE OF ACTION
Denied Hiring as a Store Manager

Plaintiff hereby, incorporate by reference, all other paragraph In this as though fully set forth herein.

Plaintiff was denied promotion as a Store Manager by Lisa Delgado (Mexican) Because of her accent and National origin in violation of Title VII of the Civil Rights Act of 1964.

Plaintiff complained about denying the promotion with Terrible

REQUEST FOR JURY TRIAL - 15

1 | Herbst and she Believe and in good faith to be discrimination in
2 | Violation of the civil rights acts of 1964.
3 |     Defendant denying the promotion caused the Plaintiff Harm.
4 | 5.     FIFTH CAUSE OF ACTION
5 | Harassment in violation of Title VII of the Civil Rights Act of 1964
6 |     Plaintiff hereby, incorporate by reference. All other paragraph
7 | In this as though fully set forth herein.
8 |     Plaintiff was harassed by Terrible Herbst Human Resources and
9 | Terrible Herbst Employees in violation of Title VII of the civil
10 | Rights act of 1964.
11 |     Plaintiff complaint about harassment, were a motivating factor
12 | In defendant decision to take an adverse action against the Plaintiff
13 | And terminate her employment.
14 |     Defendant harassment conduct caused the Plaintiff to suffer harm,
15 | Including Emotional distress and economic loss
16 |     Defendant harassment conduct was a substantial factor in causing
17 | The Plaintiff Harm
18 | 6.     SIXTH CAUSE OF ACTION
19 | Denied Paying Benefit such as 401K Plan and Language Premium for
20 | Speaking Spanish
21 |     Plaintiff herby incorporate by reference, all other paragraph
22 | In this COMPLAINT as though fully set forth herein.
23 |     Plaintiff Complained to Terrible Herbst several times and
24 | Terrible Herbst about not obtaining benefits and to be awarded
25 |     Plaintiff complaint about differential Treatment, were a
26 | Motivating factor in Defendant Decision to take adverse Action against
27 | The Plaintiff.
28 |     Defendant discriminatory conduct was a substantial factor in
Causing the Plaintiff Harm.

REQUEST FOR JURY TRIAL - 16

7.    SEVENTH CAUSE OF ACTION

Defendant Terrible Herbst Denied paying the Plaintiff Paid Lunch Time Or allow her to take Lunch or breaks during her shift

Plaintiff hereby incorporate by reference all other Paragraphs in This complaint as though fully set forth herein,

Plaintiff was not advised by Terrible Herbst Inc.to take a Paid Lunch (Half an Hour) and two breaks every 4 hours for (10 minutes)

Plaintiff complaint of not taking Lunch and breaks during her Shift to Terrible Herbst Human Resources and what she reasonably and In good faith believe is discrimination in violation of Title VII of The civil rights acts,

Defendant Failure to resolve the issue caused the Plaintiff to Suffer Harm, including Emotional Stress and Economic Loss.

Defendant retaliatory conduct was a substantial factor in causing The Plaintiff Harm.

8.    EIGHTH CAUSE OF ACTION

Defendant Terrible Herbst terminated the Plaintiff employment (forced Her to quit)

Plaintiff hereby, incorporate by reference .All other Paragraph In this complaint as though fully set forth herein.

Plaintiff complaint of Harassment, Discrimination, Failure To promote, Human Resources Director suspended the Plaintiff pending Investigation and when she contacted her, she offered her a separation From Terrible Herbst because she claimed, that Plaintiff constantly Complaining about Discrimination, Denied Promotion, Harassment Retaliation, denied paying Lunch and breaks and Benefits. It's better That, Plaintiff separate from Terrible Herbst, and what the Plaintiff Reasonably believe and in good faith is discrimination

Plaintiff complaint of Harassment, Discrimination, Failure to

REQUEST FOR JURY TRIAL - 17

1  Promote, denied paying Lunch and Break time and benefit, were a

2  Motivating factor in Defendant decision to take an Adverse Action and

3  Offer her a separation (Force her to quit) (terminate her employment)

4  9. NINTH CAUSE OF ACTION

5  Defendant made a false statement with the Nevada Unemployment
   Insurance Claim and denied the Plaintiff unemployment Benefit

6      Plaintiff hereby, incorporate by reference. All other paragraph

7  In this complaint as fully set forth herein

8      Plaintiff Complaint of Discrimination based on National Origin

9  Iraq and was called a Terrorist by terrible Herbst Employee Supervisor

10     Defendant retaliated against Plaintiff and Had a Representative

11  To call the Unemployment personnel and The Referee and claim the

12  Plaintiff is paying the unemployment money to a Terrorist Group.

13  Should not be awarded the unemployment money.

14     Also contacted the Judge in the District Court when Plaintiff

15  Appealed the case and Terrible Herbst had someone contact the Judge

16  And spoke to her and claimed that, Plaintiff is paying the

17  Unemployment benefit to a Terrorist Group had influenced the Judge

18  And the Referee to dismiss the case and Laughed at the Plaintiff.

19  And what Plaintiff reasonably and in good faith believe it's

    Discrimination, Harassment and retaliation,

20     Defendant Harassment, Discrimination and Retaliation caused the

21  Plaintiff to suffer harm, including emotional distress and Economic

22  Loss.

23     Defendant denied paying unemployment when Plaintiff was

24  Qualified were a motivating factor in defendant decision to take an

25  Adverse action against the Plaintiff and cause her harm

26  V.    Request for Relief

27  Wherefore Plaintiff request a Relief against Defendant Terrible

28  REQUEST FOR JURY TRIAL - 18

Herbst as follows:

  1. Back Pay , Benefits , Lost overtime ,Lost 401K Plan plus interest Spanish Language Premium Pay, Lost Promotion pay as a supervisor and Store manager.

  2. Medical Insurance, Social Security Plus interest and tax Consequences

  3. Punitive Damages

  4. Compensatory Damages ( emotional pain and suffering / Loss of Reputation and future earning).

VI.    Conclusion

        For all the forgoing reasons, Plaintiff has a serious and Plausible Claims against Terrible Herbst Inc. and the court should Grant the motion on the issues raised and grant a Jury trial.


Respectfully submitted by Sheida Hukman (Pro Se)

/s/      Sheida Hukman

Date: March 15th, 2021

REQUEST FOR JURY TRIAL - 19

1

## REQUEST FOR A JURY TRIAL

2           Plaintiff, hereby demand a trial by jury for each and every

3   Claim for which the right to jury trial.

4

5    Date. March 15th, 2021

6

7

8   /s/ Sheida Hukman

9   Respectfully submitted by Sheida
    P.O Box 96321
10  Las Vegas, NV 89169
    Email-shuckman987@gmail.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    REQUEST FOR JURY TRIAL - 20

CERTIFICATE OF SERVICE

I sheida Hukman certify that, on March 15th, 2021. A Copy of
The forgoing. Employment Discrimination Complaint Notice of this
Filling will be electronically field and Defendant will be served via
A messenger and by Electronic Email.

Terrible Herbst Inc.
3670 W Dewey Drive
Las Vegas, Nevada 89118

REQUEST FOR JURY TRIAL - 21

Electronically Filed
3/17/2021 11:19 AM
Steven D. Grierson
CLERK OF THE COURT

CNND

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| Sheida Hukman, Plaintiff(s) | A-21-831118-C |
| vs. | Department 27 |
| Terrible Herbst Inc, Defendant(s) | |

## CLERK'S NOTICE OF NONCONFORMING DOCUMENT

Pursuant to Rule 8(b)(2) of the Nevada Electronic Filing and Conversion Rules, notice is hereby provided that the following electronically filed document does not conform to the applicable filing requirements:

Title of Nonconforming Document:    Order to Proceed in Forma Pauperis

Party Submitting Document for Filing:    Plaintiff

Date and Time Submitted for Electronic Filing:    03/15/21 at 4:50 PM

Reason for Nonconformity Determination:

☐ The document filed to commence an action is not a complaint, petition, application, or other document that initiates a civil action. *See* Rule 3 of the Nevada Rules of Civil Procedure.  In accordance with Administrative Order 19-5, the submitted document is stricken from the record, this case has been closed and designated as filed in error, and any submitted filing fee has been returned to the filing party.

1

☐ The document initiated a new civil action and a cover sheet was not submitted as required by NRS 3.275.

☐ The document was not signed by the submitting party or counsel for said party.

☒ The document filed was a court order that did not contain the signature of a judicial officer. In accordance with Administrative Order 19-5, the submitted order has been furnished to the department to which this case is assigned.

☐ Motion does not have a hearing designation per Rule 2.20(b).  Motions must include designation "Hearing Requested" or "Hearing Not Requested" in the caption of the first page directly below the Case and Department Number.

Pursuant to Rule 8(b)(2) of the Nevada Electronic Filing and Conversion Rules, a nonconforming document may be cured by submitting a conforming document.  All documents submitted for this purpose must use filing code "**Conforming Filing – CONFILE**."  Court filing fees will not be assessed for submitting the conforming document.  Processing and convenience fees may still apply.

Dated this:  17th day of March, 2021

By:    /s/ Marie Kramer
Deputy District Court Clerk

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2021, I concurrently filed and served a copy of the foregoing Clerk's Notice of Nonconforming Document, on the party that submitted the nonconforming document, via the Eighth Judicial District Court's Electronic Filing and Service System.

By:    /s/ Marie Kramer

Deputy District Court Clerk

3

A-21-831118-C

# DISTRICT COURT
# CLARK COUNTY, NEVADA

| Employment Tort | COURT MINUTES | March 17, 2021 |
|---|---|---|

| A-21-831118-C | Sheida Hukman, Plaintiff(s)<br>vs.<br>Terrible Herbst Inc, Defendant(s) | |

| March 17, 2021 | 3:00 AM | Minute Order | | Minute Order:<br>Application to<br>Proceed in Forma<br>Pauperis GRANTED |
|---|---|---|---|---|

**HEARD BY:** Allf, Nancy  **COURTROOM:** No Location

**COURT CLERK:** Nicole McDevitt

**RECORDER:**

**REPORTER:**

**PARTIES
PRESENT:**

## JOURNAL ENTRIES

- COURT FINDS after review that on March 15, 2021 an Application to Proceed in Forma Pauperis was filed.

COURT FURTHER FINDS after review that pursuant to NRS 12.015(a), any person who desires to prosecute or defend a civil action may: (a) File an affidavit with the court setting forth with particularity facts concerning the person's income, property and other resources which establish that the person is unable to prosecute or defend the action because the person is unable to pay the costs of so doing.

COURT FURTHER FINDS after review that on March 15, 2021 a Declaration of Sheida Hukman was filed.

COURT FURTHER FINDS after review that on March 15, 2021 an Order to Proceed in Forma Pauperis was filed, however this was labeled as a Motion for Order. The Order filed does not include

A-21-831118-C

Judge Allf s signature.

THEREFORE COURT ORDERS for good cause appearing and after review that the Application to Proceed in Forma Pauperis is hereby GRANTED.

CLERK'S NOTE: This Minute Order was electronically served by Courtroom Clerk, Nicole McDevitt, to all registered parties for Odyssey File & Serve. /nm 3/17/2021

Electronically Filed
6/25/2021 3:35 PM
Steven D. Grierson
CLERK OF THE COURT

# OFFICE OF THE EX-OFFICIO CONSTABLE
## LAS VEGAS

June 16, 2021

SHEIDA HUKMAN
P.O BOX 96321
LAS VEGAS, NV  89193

In the matter regarding:

Case#: _____ A-21-831118-C _____

Defendant: TERRIBLE HERBST INC
EMPLOYMENT CENTER

The paperwork for your Summons was SERVED.

Thank you for the opportunity to assist you with your case. Should you have questions or concerns in the future, please do not hesitate to contact this office.

Sincerely,

Office of the Ex-Officio Constable

By: _____ VA _____
Office of the Ex-Officio Constable Clerk

301 E. Clark Avenue Suite 100 • Box 552110
Las Vegas, NV 89155-2110
(702) 455-4099 • Fax: (702) 385-2436

# OFFICE OF THE EX-OFFICIO CONSTABLE

301 E. CLARK AVE., STE. 100, LAS VEGAS, NV 89101

## CIVIL PROCESS FORM

LVTC: _10409_
CASE #: _A-21-831118-C_
COURT DATE: _7/19/21_
ZIP CODE: _89118_
SERVICE FEE: _$33.00_

### PLEASE COMPLETE THE FOLLOWING INFORMATION ABOUT THE PERSON OR COMPANY WE ARE SERVING

**Name and Title of Person to be served. IF COMPANY CORPORATION, PROVIDE THE OWNER NAME, CORPORATE OFFICERS OR RESIDENT AGENT.**

NAME OR BUSINESS: _Terrible Herbs Inc  Employment Center HR Dept_

HOME ADDRESS/Apt or Ste #/Zip Code: _3670 W Dewey Drive, LV, NV 89118_

EMPLOYER AND EMPLOYER ADDRESS: _Terrible Herbst Inc . HR Dept_

BEST TIME TO SERVE DURING NORMAL BUSINESS HOURS: HOME: _8-3pm_   WORK: _8-3pm_

PHONE # OF PERSON TO BE SERVED: HOME/WORK: _HR Dept_   MOBILE: _702-650-2300_

DESCRIPTION: RACE:_____ SEX:_____ AGE:_____ HT:_____ WT:_____ HAIR:_____ EYES:_____

VEHICLE: YEAR:_____ MAKE:_____ BODY STYLE:_____ COLOR:_____ PLATE:_____

OTHER INFORMATION TO HELP US SERVE THE DEFENDANT: _The Employment Center Open from 8am to 5pm but I think the close the door after 3pm You have to ring the Bell._

PLAINTIFF NAME: _Sheida Hukman_   TELEPHONE # _213-456-1746_

ADDRESS: _P.O BOX 96321, Las Vegas, NV 89193_

_Plaintiff will Pick up Doc._

## DEPUTY WORKSHEET   JUN 15 2021

DEPUTY ASSIGNED: _Hooper_   DATE:_____

### SERVICE ATTEMPTS

1. DATE: _6/25/21_ TIME: _0952_ LOCATIONS: _S/A_
2. DATE:_____ TIME:_____ LOCATIONS:_____   **SERVED**
3. DATE:_____ TIME:_____ LOCATIONS:_____

DEPUTY NOTES:_____

_SERVED TO — AMANDA MILLER_

AOS
Your Name: SHEIDA HUKMAN
Address: PO BOX 96321
LV NV 89193
Telephone: 213 456 1746
Email Address: _____
Self-Represented

# DISTRICT COURT
## CLARK COUNTY, NEVADA

SHEIDA HUKMAN
        Plaintiff,

vs.

TERRIBLE HERBST
        Defendant.

CASE NO.: A-21 831118-C

DEPT: 27

# AFFIDAVIT OF SERVICE
*(this form is to be completed by the person who serves the documents)*

## A. Longo P# 9583

I, *(name of person who served the documents)* _____, declare
*(complete EVERY SECTION below)*:

1.  I am not a party to or interested in this action and I am over 18 years of age.

2.  I was asked to serve legal documents by *(name of the party who asked you to serve the documents)* SHEIDA HUKMAN . (☒ *check one*)
    - ☐ I know this person because *(describe how you know the person, for example, "we work together," "roommates" etc.)* _____
    - ☑ I do not know the person above.

3.  ***What Documents You Served.*** I served a copy of the (☒ *check all that apply*)
    - ☐ Complaint for _____
    - ☒ Summons
    - ☐ Joint Preliminary Injunction
    - ☑ Other: REQUEST FOR JURY TRIAL

4. *Who You Served.* I served the (☒ *check one*)

    ☐ Plaintiff

    ☒ Defendant

5. *When You Served.* I personally served the documents on (*date you served the documents*) (*month*) JUNE _____ (*day*) 15, 20 21 at the hour of (*time*) 09 : 52 ☒ a.m. ☐ p.m.

6. *Where You Served.* I personally delivered and left the documents with (☒ *check one*)

    ☒ **The Party to the Case.** I served the documents on the party at the location below. (*complete the details below*)

    AMANDA MILLER
    Name of Person Served
    3670 WEST DEWEY DRIVE
    Address Where Served
    LAS VEGAS NV 89118
    City, State, Zip Code

    ☐ **A Person Who Lives with the Party.** This is a person of suitable age and discretion who lives with the party. (*complete the details below*)

    _____
    Name of Person Served

    _____
    Address Where Served

    _____
    City, State, Zip Code

7. I am not required to be licensed under Chapter 648 of the Nevada Revised Statutes or another provision of law because I am not engaged in the business of serving legal process within the state of Nevada.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE STATE OF NEVADA THAT THE FOREGOING IS TRUE AND CORRECT.**

DATED (*month*) JUNE _____ (*day*) 15 /20 21

    Server's Signature: ▶ A Jomo 9583
    Server's Printed Name: _____ A LONGO
    Residential / Business Address: 301 EAST CLARK
    City, State, Zip: LAS VEGAS NV
    Server's Phone Number: 702- 455- 4099

© 2016 Family Law Self-Help Center

Affidavit of Service