ROGER L. GRANDGENETT II, ESQ., Bar No. 6323
STEVEN J.T. WASHINGTON, ESQ., Bar No. 14298
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
Email: rgrandgenett@littler.com
            swashington@littler.com

*Attorneys for Defendant*
TERRIBLE HERBST INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Sheida Hukman,<br><br>                     Plaintiff,<br><br>v.<br><br>Terrible Herbst Inc.,<br><br>                     Defendant. | Case No. 2:21-cv-01279-APG-VCF<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE RESPONSE TO DEFENDANT'S MOTION TO PARTIALLY DISMISS AND REPLY IN SUPPORT OF MOTION TO PARTIALLY DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiff Sheida Hukman ("Plaintiff") and Defendant Terrible Herbst Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and request an order extending the time for Plaintiff to file a Response to Defendant's Motion to Partially Dismiss (ECF No. 6), filed July 16, 2021, from the current deadline of July 27, 2021 up to and including **August 4, 2021.** The parties also agree to a reciprocal extension of the deadline for Defendant's Reply in support of that Motion by one week and it shall be filed no later than, **August 18, 2021**.

The extensions requested are sought prior to the expiration of the deadlines in question and are needed to allow Plaintiff additional time to consider and prepare a response to the motion recently filed by Defendant and to accommodate Defense Counsel's professional caseload and personal commitments over the coming weeks. This is the first request for an extension of the

deadlines set forth herein. The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: July 22, 2021

Respectfully submitted,

*/s/ Sheida Hukman*
SHEIDA HUKMAN

Pro Se Plaintiff

Dated: July 22, 2021

Respectfully submitted,

*/s/ Roger L. Grandgenett II, Esq.*
ROGER L. GRANDGENETT II, ESQ.
STEVEN J.T. WASHINGTON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
TERRIBLE HERBST INC.

**IT IS SO ORDERED.**

Dated: __July 22, 2021__, 2021.

_____
UNITED STATES DISTRICT JUDGE

4826-2291-7363.1 / 036579-1038

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800