# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

SHEIDA HUKMAN,

        Plaintiff,

vs.

TERRIBLE HERBST INC.,

        Defendant.

2:21-cv-01279-APG-VCF

**ORDER**

    Before the court is pro se Plaintiff's Motion for Leave to Get a Permission to File Electronically (ECF No. 9).

    Accordingly, and for good cause shown,

    IT IS ORDERED that pro se Plaintiff's Motion for Leave to Get a Permission to File Electronically (ECF No. 9) is GRANTED with the following provisions:

    1.    On or before August 13, 2021, Plaintiff must provide a certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures that are accessible on this court's website under the Local Rules Part IC-Electronic Case Filing.

    2.    Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

    3.    Upon timely filing of the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

    DATED this 30th day of July, 2021.

                                    _____
                                    CAM FERENBACH
                                    UNITED STATES MAGISTRATE JUDGE