ROGER L. GRANDGENETT II, ESQ., Bar No. 6323
STEVEN J.T. WASHINGTON, ESQ., Bar No. 14298
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
Email: rgrandgenett@littler.com
           swashington@littler.com

*Attorneys for Defendant*
TERRIBLE HERBST INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Sheida Hukman, | Case No. 2:21-cv-01279-APG-VCF |
| Plaintiff, | **STIPULATION AND ~~(PROPOSED)~~ ORDER TO EXTEND DISCOVERY DEADLINES** |
| v. | |
| Terrible Herbst Inc., | **[FIRST REQUEST]** |
| Defendant. | |

Pursuant to LR IA 6-1, 6-2, and LR 26-3, Defendant TERRIBLE HERBST INC. ("Terrible's"), by and through its undersigned counsel and Plaintiff SHEIDA HUKMAN ("Plaintiff"), hereby stipulate to amend the Discovery Plan and Scheduling Order, (ECF No. 21), by extending the outstanding discovery deadlines for a period of ninety (90) days.

This is the first request for an extension to the Discovery Plan and Scheduling Order in this matter. The requested extension is sought in good faith and not for purposes of undue delay. This request is submitted at least twenty-one (21) days or more before each deadline set forth below.

### DISCOVERY COMPLETED TO DATE

The parties served their initial disclosures pursuant to FRCP 26(a)(1) on August 19, 2021. On August 24, 2021 Terrible's propounded its first set of Interrogatories and Requests for Production on Plaintiff. On September 17, 2021, Plaintiff propounded her first set of Interrogatories

and Requests for Production on Terrible's.  On September 21, 2021, Plaintiff served her computation of damages. On September 23, 2021, Plaintiff served and amended computation of damages. The parties participated in the Early Neutral Evaluation conference on October 1, 2021, (ECF No. 25), before the Honorable Judge Weksler, where the lawsuit did not settle. On October 11, 2021, Plaintiff served Plaintiff's Responses to Defendant's First Set of Interrogatories and Requests for Production. On October 18, 2021, Terrible's served Defendant's Responses to Plaintiff's First Set of Interrogatories and Requests for Production. On October 27, 2021 Terrible's served its Motion to Stay Discovery (ECF No. 26).[1] On November 5, 2021, Plaintiff filed a Motion to Compel Interrogatories (ECF No. 27).[2] On November 9, 2021, Terrible's sent a meet and confer letter to Plaintiff. On November 30, 2021, the parties met and conferred regarding Plaintiff's discovery responses and other issues including taking depositions in 2022.

**DISCOVERY THAT REMAINS TO BE COMPLETED**

The parties intend to serve third-party subpoenas pursuant to the responses provided in the respective discovery responses.  Terrible's intends to take the depositions of the Plaintiff and potentially others based upon the discovery responses and deposition testimony provided.  Plaintiff intends to take depositions of employees and former employees of Terrible's.

**REASONS FOR EXTENSION TO COMPLETE DISCOVERY**

This extension is necessary to allow both parties ample time to complete all appropriate discovery prior to taking depositions.  Specifically, additional time is needed to complete written discovery and receive responses to third-party subpoenas, as well as to notice and take depositions. The parties are currently working through the meet and confer process with respect to Plaintiff's responses to Terrible's written discovery requests.  Moreover, the ENE was only a month and a half ago and one of Defendant's counsel will be out of the office for over a week during the holiday season.  Accordingly, the parties believe that, absent any unforeseen circumstances, all necessary discovery can be accomplished by the requested extended deadline.  Good cause exists to extend all deadlines in order to permit the parties to achieve their respective stated discovery goals.

---

[1] Defendant's Motion to Stay Discovery is fully briefed and pending before the Court.
[2] Plaintiff's Motion to Compel Defendant Interrogatories is fully briefed and pending before the Court.

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

# ~~PROPOSED~~ REVISED DISCOVERY PLAN

1. **Discovery Cut-Off Deadline**

The discovery cut-off deadline shall be extended for ninety (90) days from January 10, ~~2022~~ to **Monday, April 11, ~~2021~~ 2022[3].**

2. **Dispositive Motions Deadline**

The parties shall file dispositive motions thirty (30) days after the extended discovery cut-off date of April 11, 2021, and therefore, not later than **Wednesday, May 11, 2022.**

3. **Joint Pretrial Order Deadline**

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed thirty (30) days after the date set for filing dispositive motions, and therefore, not later than **Friday, June 10, 2022.** In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the Court enters a ruling on the dispositive motions or otherwise by further order of the Court.

4. **Fed. R. Civ. P. 26(a)(3) Disclosures**

If no dispositive motions are filed, and unless otherwise ordered by this Court, the parties shall file the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto with the Pretrial Order pursuant to LR 26-1(b)(6) in the Joint Pretrial Order, not more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than **Friday, June 10, 2022.**

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

---

[3] Deadline lands on a Sunday, moved to Monday.

5. Extensions or Modification of the Discovery Plan and Scheduling Order

In accordance with Local Rule 26-3, any stipulation or motion for modification or extension of this discovery plan and scheduling order must be made at least twenty-one (21) days prior to the expiration of the subject deadline.

Dated: December 3, 2021                    Dated: December 3, 2021

Respectfully submitted,                    Respectfully submitted,

*/s/ Sheida Hukman*                        */s/ Steven J.T. Washington*
SHEIDA HUKMAN                              ROGER L. GRANDGENETT II, ESQ.
                                           STEVEN J.T. WASHINGTON, ESQ.
Pro Se Plaintiff                           LITTLER MENDELSON, P.C.

                                           Attorneys for Defendant
                                           TERRIBLE HERBST INC.

**IT IS SO ORDERED.**

Dated:  December 6, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4859-5495-0149.1 / 036579-1038

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

4