1  ROGER L. GRANDGENETT II, ESQ., Bar No. 6323
   STEVEN J.T. WASHINGTON, ESQ., Bar No. 14298
2  LITTLER MENDELSON P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, Nevada 89169.5937
4  Telephone:   702.862.8800
   Fax No.:     702.862.8811
5  Email: rgrandgenett@littler.com
          swashington@littler.com
6
   *Attorneys for Defendant*
7  TERRIBLE HERBST INC.

8
                    **UNITED STATES DISTRICT COURT**
9
                          **DISTRICT OF NEVADA**
10

11
   | Sheida Hukman, | Case No. 2:21-cv-01279-APG-VCF |
12 | | |
   | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND RESPONSE TO AMENDED COMPLAINT** |
13 | | |
   | v. | |
14 | | |
   | Terrible Herbst Inc., | **[FIRST REQUEST]** |
15 | | |
   | Defendant. | |

16

17

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND RESPONSE TO AMENDED COMPLAINT**

The parties stipulate that Plaintiff has an extension of time from April 29, 2022 as set forth in the Court's March 31, 2022 Order (ECF No. 34) to May 6, 2022 to file an Amended Complaint and that Defendant has an extension until May 27, 2022 to file a responsive pleading to the Amended Complaint. These extensions are necessary due to other time commitments and workloads and are not for the purposes of delay.

Dated: April 28, 2022

Respectfully submitted,

/s/ Sheida Hukman
SHEIDA HUKMAN

Pro Se Plaintiff

Dated: April 28, 2022

Respectfully submitted,

/s/ Steven J.T. Washington
ROGER L. GRANDGENETT II, ESQ.
STEVEN J.T. WASHINGTON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
TERRIBLE HERBST INC.

**IT IS SO ORDERED.**

Dated:  May 2, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

4861-7134-6718.1 / 036579-1038

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800