**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

SHEIDA HUKMAN,

        Plaintiff(s),

v.

TERRIBLE HERBST, INC.,

        Defendant(s).

2:21-cv-01279-ART-VCF

**ORDER**

Before the Court is the motion to stay discovery (ECF NO. 49).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the motion to stay discovery (ECF NO. 49), is scheduled for 11:00 AM, August 22, 2022, on the third floor at the Lloyd D. George Courthouse, United States Federal Court, 333 Las Vegas Blvd. S., Las Vegas, Nevada 89101

IT IS FURTHER ORDERED that Sheida Hukman must be present at the scheduled hearing on August 22, 2022 at 11:00 AM.

DATED this 28th day of July 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE