1  SHEIDA HUKMAN (Pro Se)
   1001 E. Sunset Blvd. Unit 96321
2  Las Vegas, Nevada 89193
   Tel: 213-218-1536
3  Email: shuckman987@gmail.com

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11  Sheida Hukman,                    Case No. 2:21-cv-01279-APG-VCF

12          Plaintiff,
                                      **STIPULATION TO CONTINUE HEARING ON
13  v.                                DEFENDANT'S MOTION TO STAY
                                      DISCOVERY [ECF NO. 49]**
14  Terrible Herbst Inc.,

15          Defendant.

16

17      Plaintiff Sheida Hukman ("Plaintiff") and Defendant Terrible Herbst Inc. ("Defendant"),

18  by and through their respective counsel of record, hereby stipulate and agree to continue the date

19  for the hearing on Defendant's Motion to Stay Discovery presently scheduled for August 22, 2022,

20  at 11:00 a.m. A continuance is requested because Plaintiff is unable to attend the current hearing

21  date due to an important business commitment. The parties propose that the hearing be continued

22  to either September 12, 13, or 14, or any date which adheres to the Court's schedule.

23

24

25

26

27

28

This extension is sought in good faith and not for the purpose of delay.

**IT IS SO ORDERED**.

Dated: August 19, 2022

Respectfully submitted,

*/s/ Sheida Hukman*
SHEIDA HUKMAN

Pro Se Plaintiff

IT IS HEREBY ORDERED that the hearing scheduled for August 22, 2022, is VACATED, and RESCHEDULED to in-person 11:00 AM, September 27, 2022.

Dated: August 19, 2022

Respectfully submitted,

*/s/ Emil S. Kim, Esq.*
ROGER L. GRANDGENETT II, ESQ.
STEVEN K.T. WASHINGTON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
TERRIBLE HERBST INC.

**IT IS SO ORDERED.**

Dated: August 19, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

2