# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Sheida Hukman,

        Plaintiff(s),

vs.

Terrible Herbst Inc.,

        Defendant(s).

2:21-cv-01279-ART-MDC

**Order**

      Pending before the Court is the *Stipulation for Extension of Time* (ECF No. 71). The Court denies the stipulation without prejudice. The parties requested a sixty (60) day extension to the current discovery deadlines. ECF No. 71 at 1:20-21. However, the parties reference a ninety (90) day extension in their proposed order. ECF No. 71 at 4:3-4. Parties must clarify whether they are requesting a 60-day extension or a 90-day extension. Parties are also reminded to use the correct case number, 2:21-cv-01279-ART-MDC, for all future filings.

      Accordingly,

      **IT IS ORDERED that** the *Stipulation for Extension of Time* (ECF No. 71) is DENIED WITHOUT PREJUDICE.

      DATED this 11th day of March 2024.

      IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge