UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Sheida Hukman,
        Plaintiff,

vs.                      **Case No. 2:21 -cv-01279-APG-VCF**
                      Honorable Judge : Anne R . Traum

Terrible Herbst Inc.,
        Defendant.                  **ORDER GRANTING**

___

**Stipulation and proposed order to extend the Plaintiff Response to Defendant Summary Judgment and the Reply to Plaintiff Response to Summary Judgement by the Defendant**

___

Plaintiff Sheida Hukman ("Plaintiff") and Defendant Terrible Herbst Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and request proposed order extending the time for Plaintiff to file a Response to Defendant's Summary Judgment that was filed on June 26th,2024 ECF.No. ( 75 ) and the Judge's order on June 27th,2024 ECF No. 76 from the current deadline of July 18th,2024 .

The Parties agree to the Extension time of the Plaintiff Request to extend till July 30th, 2024 and the Defendant requests his reply on August 20th , 2024 .

The extension requested are needed to allow Plaintiff additional time to consider and prepare a response to the Defendant Summary Judgement and due to the volume of the Exhibits

1

Filed by The Defendant and the extension requested are requested prior to the expiration of the deadline on July 18th, 2024.

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: July 8th ,2024 | Dated: July 8th ,2024 |
| Respectfully submitted, | Respectfully Submitted |
| /s/ Sheida Hukman | /s/ Emil S Kim Esq |
| _____ | _____ |
| Sheida Hukman ( ProSe) | |
| | Roger L Grandgenett II , ESq |
| | Littler Mendelson , PC |
| | Attorneys for Defendant |

IT IS SO ORDERED.
Dated: July 11, 2024

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2