UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHEIDA HUKMAN,

                          Plaintiff,

    v.

TERRIBLE HERBST INC.,

                         Defendant.

Case No. 2:21-cv-01279-ART-VCF

ORDER

On March 7, 2025, the Court granted Defendant's motion for summary judgment and ordered this case to be closed. (ECF No. 96.) Plaintiff now seeks additional time to file a motion for reconsideration of that final order. (ECF No. 98.) The Court finds good cause exists to grant the motion.

It is therefore ordered that Plaintiff's motion for extension of time requesting until April 14, 2025 to move for reconsideration (ECF No. 98) is granted.

DATED: March 17, 2025

_____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE